No. 80–6026. MONTANO v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE BLACKMUN would grant certiorari.